DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-0268 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE |
| GABRIEL BRADFORD, | ) |
| Defendant. | ) Date:  September 22, 2008<br>) Time:  10:00 a.m.<br>) Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Russell Carlberg, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of August 25, 2008, be vacated and a new status conference hearing date of September 22, 2008, at 10:00 a.m. be set.

This continuance is requested because defense counsel is in the process of reviewing discovery materials and examining the applicable guidelines and needs more time to work on these matters prior to proceeding.

It is further stipulated that the period from August 25, 2008, through and including September 22, 2008, should be excluded pursuant

///

to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 19, 2008

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Mary M. French
                                         _____
                                         MARY M. FRENCH
                                         Supervising Assistant Federal Defender
                                         Attorney for Defendant
                                         GABRIEL BRADFORD

Dated: August 19, 2008                MCGREGOR W. SCOTT
                                         United States Attorney

                                         /s/  Mary M. French for
                                              Russell Carlberg
                                         _____
                                         RUSSELL CARLBERG
                                         Assistant U.S. Attorney

                                        **ORDER**

**IT IS SO ORDERED.**

Dated: August 20, 2008

                                         _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE