DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-0268 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE |
| GABRIEL BRADFORD, | ) |
| Defendant. | ) Date:  October 20, 2008<br>) Time:  10:00 a.m.<br>) Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Russell Carlberg, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of September 22, 2008, be vacated and a new status conference hearing date of October 20, 2008, at 10:00 a.m. be set.

This continuance is requested because defense counsel is in the process of reviewing discovery materials and examining the applicable guidelines and needs more time to work on these matters prior to proceeding.

It is further stipulated that the period from September 22, 2008, through and including October 20, 2008, should be excluded pursuant

///

1  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
2  of counsel and defense preparation.
3  Dated: September 17, 2008

4                                          Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
                                           */s/ Mary M. French*
7                                          _____
                                           MARY M. FRENCH
8                                          Supervising Assistant Federal
                                           Defender
9                                          Attorney for Defendant
                                           GABRIEL BRADFORD
10

11
   Dated: September 17, 2008               MCGREGOR W. SCOTT
12                                         United States Attorney

13                                         */s/  Mary M. French for*
                                           *     Russell Carlberg*
14                                         _____
                                           RUSSELL CARLBERG
15                                         Assistant U.S. Attorney

16

17                                    **ORDER**

18 **IT IS SO ORDERED.**

19 Dated: September 17, 2008

20                                         _____
                                           FRANK C. DAMRELL, JR.
21                                         UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stip & Order                               2