```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL BRADFORD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      ) No. CR-S-08-268 FCD
                               )
             Plaintiff,        )
                               ) STIPULATION AND ORDER
     v.                        ) CONTINUING STATUS CONFERENCE
                               )
GABRIEL BRADFORD,              )
                               ) Date:  November 17, 2008
             Defendant.        ) Time:  10:00 a.m.
                               ) Judge: Frank C. Damrell, Jr.
_____)
```

It is hereby stipulated between the parties, Russell Carlberg, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of October 20, 2008, be vacated and a new Status Conference hearing date of November 17, 2008, at 10:00 a.m. be set.

This continuance is requested because defense counsel is in the process of reviewing discovery materials and examining the applicable guidelines and needs more time to work on these matters prior to proceeding.

It is further stipulated that the period from October 20, 2008, 2008, through and including November 17, 2008, should be excluded

///

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: October 16, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Mary M. French*
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        GABRIEL BRADFORD


Dated: October 16, 2008                 MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/  Mary M. French for*
                                            *Russell Carlberg*
                                        _____
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney


                                **ORDER**

**IT IS SO ORDERED.**

Dated: October 17, 2008

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        United States District Judge

Stip & Order                            2