```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL BRADFORD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-268 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| GABRIEL BRADFORD, ) | |
| ) | Date:  December 15, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Russell Carlberg, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of November 17, 2008, be vacated and a new Status Conference hearing date of December 15, 2008, at 10:00 a.m. be set.

This continuance is requested because defense counsel is in the process of reviewing discovery materials and examining the applicable guidelines and needs more time to work on these matters prior to proceeding.

It is further stipulated that the period from November 17, 2008, 2008, through and including December 15, 2008, should be excluded

///

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: November 13, 2008
4                                          Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                            Federal Defender
6
                                            */s/ Mary M. French*
7                                          _____
                                            MARY M. FRENCH
8                                          Supervising Assistant Federal
                                            Defender
9                                          Attorney for Defendant
                                            GABRIEL BRADFORD
10

11
    Dated: November 13, 2008               MCGREGOR W. SCOTT
12                                          United States Attorney

13                                          */s/  Mary M. French for
                                                  Russell Carlberg*
14                                          _____
                                            RUSSELL CARLBERG
15                                          Assistant U.S. Attorney

16

17                              **ORDER**

18  **IT IS SO ORDERED.**

19         Dated: November 14, 2008

20

21                                          _____
                                            FRANK C. DAMRELL, JR.
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stip & Order                        2