DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GABRIEL BRADFORD, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-S-08-268 FCD <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE <br><br> Date:  February 2, 2009 <br> Time:  10:00 a.m. <br> Judge: Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Russell Carlberg, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of December 15, 2008, be vacated and a new Status Conference hearing date of February 2, 2009, at 10:00 a.m. be set.

This continuance is requested because the parties are working on a plea agreement and additional time is needed to reach a final resolution.

It is further stipulated that the period from December 15, 2008, through and including February 2, 2009, should be excluded

///

///

1  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon
2  continuity of counsel and defense preparation.
3  Dated: December 12, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
GABRIEL BRADFORD

Dated: December 12, 2008        MCGREGOR W. SCOTT
                                United States Attorney

                                */s/  Mary M. French for
                                      Russell Carlberg*
                                _____
                                RUSSELL CARLBERG
                                Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: December 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                         2