1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  GABRIEL BRADFORD

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,      )  No. CR-S-08-268 FCD
11                             )
                Plaintiff,     )
12                             )  STIPULATION AND ORDER
       v.                      )  CONTINUING STATUS CONFERENCE
13                             )
GABRIEL BRADFORD,              )
14                             )  Date:  March 30, 2009
                Defendant.     )  Time:  10:00 a.m.
15                             )  Judge: Frank C. Damrell, Jr.
   _____)
16

17      It is hereby stipulated between the parties, Russell Carlberg,

18  Assistant United States Attorney, attorney for Plaintiff, and Mary M.

19  French, attorney for defendant, that the Status Conference hearing date

20  of February 2, 2009, be vacated and a new Status Conference hearing

21  date of March 30, 2009, at 10:00 a.m. be set.

22      This continuance is requested because the defense is conducting

23  investigation and attempting to obtain more information and needs more

24  time to obtain information about the defendant's mental health history.

25      It is further stipulated that the period from February 2, 2009,

26  through and including March 30, 2009, should be excluded pursuant to

27  ///

28  ///

1   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

2   counsel and defense preparation.

3   Dated: January 22, 2009

4                                          Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
                                           */s/ Mary M. French*
7                                          _____
                                           MARY M. FRENCH
8                                          Supervising Assistant Federal
                                           Defender
9                                          Attorney for Defendant
                                           GABRIEL BRADFORD
10

11  Dated: January 22, 2009                LAWRENCE G. BROWN
                                           Acting United States Attorney
12
                                           */s/  Mary M. French for*
13                                         *        Russell Carlberg*
                                           _____
14                                         RUSSELL CARLBERG
                                           Assistant U.S. Attorney
15

16  **IT IS SO ORDERED.**

17  Dated: January 23, 2009

18

19                                         _____
                                           FRANK C. DAMRELL, JR.
20                                         UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stip & Order                    2