HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL EUGENE BRADFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-268 MCE |
| Plaintiff, | [PROPOSED] RELEASE ORDER |
| v. | Judge:  Hon. Morrison C. England, Jr. |
| GABRIEL EUGENE BRADFORD, | |
| Defendant. | |

On December 3, 2015, this Court sentenced the defendant, GABRIEL EUGENE BRADFORD, to six (6) months in custody.  Mr. Bradford has been in custody since March 16, 2015.  Therefore, Ms. Bradford should be ordered released in this case.

Good cause appearing therefor,

IT IS ORDERED that GABRIEL EUGENE BRADFORD be released from federal custody in the above-captioned case, forthwith.

Dated:  December 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT